# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-19-00283-CV
_____

### MATTHEW L. WEBB, Appellant

### V.

### H.E.B. STAFF, Appellee

---

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-04-04688-CV**

---

### ORDER

Appellant Matthew L. Webb filed a *pro se* notice of appeal from the trial court's judgment dismissing his case against appellee for want of prosecution. Appellant filed a statement of inability to pay costs, in which he states that he is indigent.

On the Court's own motion, the appeal is abated, and the cause is remanded to the trial court for further proceedings. We direct the trial court to determine

1

whether appellant is indigent and whether an attorney should be appointed to represent him. A supplemental clerk's record, including any orders signed by the trial court on remand, together with a supplemental reporter's record of any hearing conducted on remand, shall be filed with the Court of Appeals on or before October 10, 2019. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed.

ORDER ENTERED September 10, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.